HOWELL *v.* LAWSON *et al.*

GRICE, Justice. 1. Where land is held by a life-tenant, and taxes are assessed against him and executions issued in personam only, a sale under the levy of such executions passes only the life-estate. *Stone* v. *Franklin,* 89 *Ga.* 195 (3) (15 S. E. 47); *Clower* v. *Fleming,* 81 *Ga.* 247 (2), 253 (7 S. E. 278); *Gross* v. *Taylor,* 81 *Ga.* 86 (6 S. E. 179); *Roddenberry* v. *Simpson,* 171 *Ga.* 715 (156 S. E. 583, 75 A. L. R. 414); *Kirk* v. *Bray,* 181 *Ga.* 814 (184 S. E. 733).

2. The instant case is controlled by the principle above announced, and on its facts is distinguished from the cases of *State* v. *Hancock*, 79 *Ga.* 799 (5 S. E. 248); *Barnes* v. *Lewis*, 98 *Ga.* 558 (25 S. E. 589); *Dawson* v. *Dawson*, 106 *Ga.* 45 (32 S. E. 29).
3. The directed verdict was demanded by the evidence.

*Judgment affirmed. All the Justices concur.*

No. 12774. MAY 11, 1939.

*H. Cliff Hatcher*, for plaintiff in error.  *Lewis & Lewis*, contra.